## Commonwealth *v.* Wright, Appellant.

Submitted March 11, 1974. *Richard D. Walker,* Public Defender, for appellant; *Marion E. MacIntyre* and *Rolf W. Bienk,* Deputy District Attorneys, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Zikoski, Appellant.

Argued March 26, 1974. *Christopher T. Powell,* with him *Powell and Powell,* for appellant; *Anthony J. Popeck,* Assistant District Attorney, with him *Paul A. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth ex rel. Albertini, Appellant, *v.* Albertini.

Argued March 18, 1974. *Charles F. Mayer,* for appellant; *Stanley R. Kotzen,* with him *Levy and Levy,* for appellee.

Order affirmed.